Engelmayer, T

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLACK MOUNTAIN EQUITIES, INC.,

        Plaintiff,

v.

ADVANCED CELL TECHNOLOGY, INC.,

        Defendant.

---

11 Civ. 7305 (PAE)

**STIPULATION FOR THE EXTENSION OF TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, through their respective counsel of record that the time for Defendant to answer, move or otherwise respond to the Complaint is extended from November 8, 2011 to December 8, 2011.

Dated: November 7, 2011

By: _____
Thomas J. Fleming
Jennifer L. Heil
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Tel: (212) 451-2300
*Attorneys for Plaintiff*

By: _____
Daniel L. Brown (DB 0906)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
*Attorneys for Defendant*

SO ORDERED:

Paul A. Engelmayer
_____
Paul A. Engelmayer, U.S.D.J.

November 7, 2011