UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Black Mountain Equities, Inc.,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**Advanced Cell Technology, Inc.,**<br><br>            **Defendant.** | 11 Civ. 07305 (PAE) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Daniel L. Brown of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Defendant Advanced Cell Technology, Inc.

Daniel L. Brown hereby certifies that he is admitted to practice in the United States District Court for the Southern District of New York.

Dated:  New York, New York
            November 8, 2011          Respectfully submitted,

                                       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                       By: /s/ Daniel L. Brown
                                             Daniel L. Brown, Esq.

                                       30 Rockefeller Plaza
                                       New York, New York  10112
                                       Tel.:  (212) 653-8700
                                       Fax:  (212) 653-8701

                                       *Attorneys for Defendant*