```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

BLACK MOUNTAIN EQUITIES, INC.,

                           Plaintiff,

      -v-

ADVANCED CELL TECHNOLOGY, INC.,

                           Defendant.

------------------------------------------------------------------X

11 Civ. 7305 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

The initial pretrial conference previously scheduled in this case for January 25, 2012, at 3:00 p.m. is hereby adjourned to February 15, 2012, at 10:00 a.m.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: January 5, 2012
       New York, New York