```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BLACK MOUNTAIN EQUITIES, INC.,

                  Plaintiff,

      -v-

ADVANCED CELL TECHNOLOGY, INC.,

                  Defendant.

------------------------------------------------------------X

11 Civ. 7305 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 9, 2012, the parties in this case reached a settlement agreement. On April 13, 2012, the parties filed a joint application for (1) a hearing to determine the fairness of the settlement, pursuant to Section 3(a)(10) of the Securities Act of 1933, as amended, and (2) an order approving the terms of the settlement agreement.

A Section 3(a)(10) fairness hearing is scheduled for May 3, 2012, at 3:00 p.m. at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: April 18, 2012
       New York, New York