USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/12

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC., | Case No.:  11 Civ. 07305 (PAE) |
| Plaintiff, | |
| -against- | **ORDER APPROVING FAIRNESS, TERMS AND CONDITIONS OF EXCHANGE AND ISSUANCE PURSUANT TO SECTION 3(A)(10) OF THE SECURITIES ACT OF 1933, AS AMENDED** |
| ADVANCED CELL TECHNOLOGY, INC., | |
| Defendant. | |

This matter having come on for a hearing on May 3, 2012, to approve the fairness of, the proposed terms and conditions of the proposed exchange and the issuance of securities in, this matter as described herein and reflected in the Settlement and Release Agreement, dated April 9, 2012 (the "Settlement Agreement"), between Black Mountain Equities, Inc. (the "Plaintiff") and Advanced Cell Technology, Inc. ("ACTI"), and the Court having first held a hearing as to the fairness (including to Plaintiff) of the terms and conditions of (x) the proposed exchange and transactions contemplated by the Settlement Agreement and (y) the offer and issuance of the New Shares (as defined below) by ACTI to the Plaintiff and the proposed exchange of Plaintiff's claims therefore, the Court hereby finds as follows:

The Court was advised prior to this hearing that ACTI will rely on the exemption from registration under the Securities Act of 1933, as amended (the "Securities Act"), provided by Section 3(a)(10) of the Securities Act to issue a number of shares of common stock of ACTI to the Plaintiff defined as the "New Shares" in Section 1(a) of the Settlement Agreement (the "New Shares") in exchange for Plaintiff's claims specified in the Settlement Agreement, based upon this Court's finding herein that the terms and conditions of (1) the proposed exchange and

1623882-2

transactions contemplated by the Settlement Agreement and (2) the offer and issuance of the Shares by ACTI to Plaintiff and the proposed exchange of Plaintiff's claims therefore, in each case of clauses (1) and (2), are fair (including fair to Plaintiff) and this Court's approval of the foregoing; and

The fairness hearing having been scheduled upon the consent of the Plaintiff and ACTI, Plaintiff has had adequate notice of the fairness hearing and Plaintiff is the only party to this action to whom the New Shares will be issued pursuant to the Settlement Agreement; and

The terms and conditions of the proposed exchange and transactions contemplated by the Settlement Agreement and the offer and issuance of the New Shares in exchange for the claims of Plaintiff as set forth in the Settlement Agreement are fair (including fair to the Plaintiff, who is the only party to this action to whom the New Shares will be issued) both procedurally and substantively; and

The fairness hearing was open to the Plaintiff.  The Plaintiff was represented by counsel at the hearing who acknowledged that adequate notice of the hearing was given and consented to the entry of this Order; it is, therefore,

Ordered, that the terms and conditions of (i) the proposed exchange and transactions contemplated by the Settlement Agreement and (ii) the offer and issuance of the New Shares by ACTI to the Plaintiff and the proposed exchange of Plaintiff's claims therefore, in each case of clauses (i) and (ii), are fair and are hereby approved as fair (including to the party to whom the Shares will be issued) both procedurally and substantively within the meaning of Section 3(a)(10) of the Securities Act,

Ordered, that (1) the proposed exchange and transactions contemplated by the Settlement Agreement and the terms and conditions thereof and (2) the offer and issuance of the New Shares

2

by ACTI to the Plaintiff and the proposed exchange of Plaintiff's claims therefore and the terms

and conditions thereof, in each case of clauses (1) and (2), are hereby approved and that the offer

and issuance of the New Shares by ACTI to the Plaintiff is hereby exempt from registration

under Section 3(a)(10) of the Securities Act,

Ordered, that the escrowed proceeds from the sale of the 18,000,000 shares of common

stock of ACTI issued to Plaintiff by ACTI pursuant to the order of this Court entered on

November 9, 2011, shall be released from escrow to Plaintiff immediately; and it is further

Ordered, that this Court shall retain jurisdiction to enforce the terms and conditions of the

Settlement Agreement.

So Ordered:

Paul A. Engelmyer          5/3/12

USDJ

3

1623882-2