## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK MOUNTAIN EQUITIES, INC.,<br><br>               Plaintiff,<br><br>       -against-<br><br>ADVANCED CELL TECHNOLOGY, INC.,<br><br>              Defendant. | Case No.: 11 Civ. 07305<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Black Mountain Equities, Inc. ("Plaintiff") and defendant Advanced Cell Technology, Inc. ("Defendant" and collectively with Plaintiff, the "Parties"), through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate as follows:

WHEREAS, the Parties have reached an agreement to settle their dispute in this action as reflected in the Settlement and Release Agreement dated April 9, 2012 ("Settlement Agreement");

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is hereby voluntarily dismissed with prejudice, each party to bear its own costs; and

IT IS FURTHER STIPULATED AND AGREED, by and among the Parties hereto, through their respective counsel, that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement, including but not limited to, the hearing and determination of any application seeking the issuance of a judgment as set forth therein.

Dated: May 4, 2012
        New York, New York


**OLSHAN GRUNDMAN FROME**
**ROSENZWEIG & WOLOSKY LLP**

By: _____
    Thomas J. Fleming
    Park Avenue Tower
    65 East 55th Street
    New York, New York 10022


*Counsel for Plaintiff Black Mountain*
*Equities, Inc.*

**SHEPPARD MULLIN RICHTER &**
**HAMPTON LLP**

By _____
   Daniel L. Brown
   Kathryn J. Hines
   30 Rockefeller Plaza
   New York, New York  10112
   Tel: +1 212 653-8700


*Counsel for Defendant Advanced Cell*
*Technology, Inc.*


SO ORDERED,

DATED:

_____, 2012
New York, New York